**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**GEORGE MITCHELL**                                     **CIVIL ACTION**

**VERSUS**                                                        **NO. 23-955-BAJ-RLB**

**STATE FARM FIRE AND**
**CASUALTY COMPANY**

## NOTICE

Please take notice that the attached Magistrate Judge's Report and Recommendations has been filed with the Clerk of the U.S. District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days from the date of receipt of this notice to file written objections to the proposed findings of fact and conclusions of law set forth in the Magistrate Judge's Report. A failure to object will constitute a waiver of your right to attack the factual findings on appeal.

NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in Baton Rouge, Louisiana, on June 18, 2024.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**GEORGE MITCHELL**                                                                 **CIVIL ACTION**

**VERSUS**                                                                                          **NO. 23-955-BAJ-RLB**

**STATE FARM FIRE AND**
**CASUALTY COMPANY**

**REPORT**

This Report and Recommendation is issued *sua sponte*. Plaintiff initiated this action on or about August 27, 2023, naming as defendant State Farm Insurance Company. (R. Doc. 1). A review of the Court's records indicate summons were issued on August 30, 2023. (R. Doc. 3). On September 5, 2023, plaintiff filed a Motion to Amend Complaint, which the Court subsequently granted. (R. Docs. 5, 7). The amended complaint was filed on September 6, 2023, naming as defendant State Farm Fire and Casualty Company. (R. Doc. 8). Defendant State Farm Insurance Company was terminated on the docket.

The Court entered an Order setting a telephone scheduling conference for December 6, 2023 with a joint status report due November 22, 2023. (R. Doc. 9). Following the Court's Order, plaintiff filed a Notice to Court indicating counsel had been unable to reach defense counsel to complete a joint status report. (R. Doc. 10). Considering the notice, the Court reset the telephone scheduling conference to February 22, 2024 with a status report due February 8, 2024. (R. Doc. 11). On February 8, 2024, another Notice to Court was filed reiterating the same circumstances as the previous notice. (R. Doc. 13).

On February 16, 2024, the Court entered an Order to Show Cause. The Order noted that the defendant had not made an appearance and that the plaintiff had not filed any proof of service. The Court instructed counsel for plaintiff to file proof of service into the record or

otherwise show cause why this matter should not be dismissed for failure to prosecute. (R. Doc. 14). In response, counsel filed proof of service for summons issued on August 30, 2023 as to the originally named defendant State Farm Insurance Company. (R. Docs. 15, 16). The Court notes, however, that the proof of service on the reverse side indicates the properly named defendant was served on October 12, 2023 and answers were due November 2, 2023 (R. Docs 15 at 2, 16 at 2). Following that filing, plaintiff made no attempts to file a motion for preliminary default or take any other action. On May 14, 2024, Attorney Dorothy Tarver enrolled as counsel for plaintiff. (R. Docs. 20, 21).

On May 28, 2024, the Court entered another Order to Show Cause order directing the plaintiff to show cause why his claim against defendant should not be dismissed under Local Rule 41(b) where no responsive pleadings have been filed or no default has been entered within sixty days after service of process, except when Fed. R. Civ. P. 12(a)(3) applies or a dispositive motion is pending. (R. Doc. 22). The Court's docket indicates new counsel received a copy of the order to show cause. A review of the record reflects plaintiff has neither filed a response to the order to show cause nor made any additional attempts to prosecute.

## RECOMMENDATION

It is the recommendation of the Magistrate Judge that this matter be dismissed without prejudice pursuant to Local Rule 41(b) for failure to prosecute.

Signed in Baton Rouge, Louisiana, on June 18, 2024.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**