# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **GEORGE MITCHELL** | **CIVIL ACTION** |
| **VERSUS** | |
| **STATE FARM FIRE AND CASUALTY COMPANY** | **NO. 23-00955-BAJ-RLB** |

## RULING AND ORDER

Before the Court is Petitioner's action against his insurer, Defendant State Farm Fire and Casualty Company, for the cost of alleged damages sustained to his property resulting from Hurricane Ida. (Doc. 1).

On June 18, 2024 the Magistrate Judge issued a **Report and Recommendation (Doc. 23, the "R&R")** recommending, *sua sponte*, that Petitioner's action be dismissed under Local Rule 41(b) for failure to prosecute**.** The R&R is unopposed.

Upon de novo review, and having carefully considered Petitioner's Petition, the amended complaint, Order to Show Cause, and related filings, the Court **APPROVES** the Magistrate Judge's R&R and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**.

Judgement shall be entered separately.

Baton Rouge, Louisiana, this 3rd day of July, 2024

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

2