UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GEORGE MITCHELL     CIVIL ACTION

VERSUS

STATE FARM FIRE INSURANCE     NO. 23-00955-BAJ-RLB
COMPANY, ET AL.

## JUDGMENT

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREEED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 22nd day of August, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA